IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:18-CR-6-D |
| JOSHUA DAVID LANE | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

Count One
Possession with Intent to Distribute a Controlled Substance
[Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]

On or about November 27, 2017, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Joshua David Lane,** knowingly possessed with intent to distribute at least fifty grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

ERIN NEALY COX
UNITED STATES ATTORNEY

P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Email: philip.meitl@usdoj.gov

Information—Page 1